## Commonwealth *v.* McNair, Appellant.

Submitted March 17, 1971. *Samuel M. Lehrer,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mountain, Appellant.

Argued March 15, 1971. *T. Dean Lower,* for appellant; *Amos Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.